**1172**

UNITED STATES of America,
Plaintiff–Appellee,

v.

German Espinoza MONTERO–
CAMARGO, Defendant–
Appellant.

United States of America,
Plaintiff–Appellee,

v.

Lorenzo Sanchez–Guillen,
Defendant–Appellant.

Nos. 97–50643, 97–50645.

United States Court of Appeals,
Ninth Circuit.

Aug. 25, 1999.

Before: KOZINSKI and
O'SCANNLAIN, Circuit Judges, and
DAMRELL,* District Judge.

## ORDER

The slip opinion ("slip op.") filed May 13, 1999 is amended as follows:

1. At slip op. 4466, lines 22–23 of the text [177 F.3d at 1118], delete "driving and the ethnicity of the occupants;" and replace with "driving, Mexicali license plates, the Hispanic appearance of the occupants,[1] and". Renumber subsequent footnotes.

> 1. Border Patrol agents may consider the Hispanic appearance of a motorist, but this fact alone does not justify an investigatory stop. *See Brigoni–Ponce,* 422 U.S. 886–87 ("The likelihood that any given person of Mexican ancestry is an alien is high enough to make Mexican appearance a relevant factor, but standing alone it does not justify stopping all Mexican–Americans to ask if they are aliens.").

* The Honorable Frank C. Damrell, Jr., United States District Judge for the Eastern District

2. At slip op. 4466, line 29 of the text [177 F.3d at 1118], insert "," between "*Garcia–Barron*" and "116".